## Lurie, Appellant, *v.* Erie Railroad Co. (No. 2).

Argued October 9, 1919. Appeal, No. 51, Oct. T., 1919, by plaintiff, from judgment of C. P. Mercer Co., Jan. T., 1912, No. 90, on verdict for defendant, in case of Geo. Lurie v. Erie R. R. Co. Before STEWART, MOSCHZISKER, FRAZER, WALLING and SIMPSON, JJ. Affirmed.

PER CURIAM, February 23, 1920:

The appellant is the father of Cecil Lurie. In this case he sues in his own right for the same cause of action that he sued for as father and next of kin in the case just decided. The record is the same in both cases, and like judgment must result here.

The appeal is dismissed.